**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Julia Florez-Cruz, | ) | No. CIV 07-753-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| First Financial Asset Management, Inc., | ) | |
| Defendant. | ) | |

On June 7, 2007, Plaintiff Julia Florez-Cruz filed a Notice of Dismissal With Prejudice with the Court. [Doc. No. 9]  Accordingly,

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 11th day of June, 2007.

Stephen M. McNamee
United States District Judge